[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14230
Non-Argument Calendar
_____

D.C. Docket No. 5:12-cr-00027-RS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMES MONROE LEE,
f.k.a. Thomas Monroe Lee,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(June 19, 2014)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, counsel for Thomes Lee, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Lee's conviction and sentence are **AFFIRMED.**